MITCHELL L. ABDALLAH, #231804
ABDALLAH LAW GROUP
1006 4TH ST. 4TH FLOOR
SACRAMENTO, CA 95814
TEL:/ (916) 446-1974
FAX:/ (916) 446-3371
MITCH@ABDALLAHLAW.NET

Attorneys for Debtors, MICHAEL C. WEAVER
and PAMELA K. WEAVER

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

MICHAEL C. WEAVER and PAMELA K. WEAVER

Debtor.

Case No. 2010-50408
DCN: MLA-001

NO HEARING SET

### MOTION OF DEBTOR FOR ORDER PURSUANT TO BANKRUPTCY RULE 1007(C) EXTENDING TIME FOR DEBTOR TO FILE HIS SCHEDULES, STATEMENT OF AFFAIRS AND PLAN

The Debtors in the above-captioned case (the "Debtors") hereby moves this Court for entry of an order, under Rule 1007(a) and (c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), extending the deadline by which the Debtor must file his schedules of assets and liabilities (the "Schedules"), statement of financial affairs (the "SOFA") and Plan by 14 days.

### JURISDICTION AND VENUE

1. This Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b). Venue of this case and this Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409.

- 1 -
MOTION TO EXTEND TIME TO FILE SCHEDULES

The legal predicates for the relief requested herein are Bankruptcy Rule 1007(a) and (c).

## BACKGROUND

1. On November 19, 2010 (the "Petition Date"), the Debtors filed his voluntary petition in this Court for relief under chapter 13 of the Bankruptcy Code. The factual background regarding Debtors the events leading to the filing of this bankruptcy case, and the need for extension of time to file his Schedules, SOFA and Plan is set forth in the Declaration of Mitchell L. Abdallah ("Abdallah declaration").

2. A trustee has been appointed in this chapter 13 case.

## RELIEF REQUESTED

3. By this Motion, the Debtor requests that the Court enter an order extending the deadline to file their Schedules, plan and SOFA from December 3, 2010 through and including December 17, 2010.

## APPLICABLE AUTHORITY

4. Under Bankruptcy Rule 1007(c), the Debtor may obtain a further extension of the Schedules, Plan and SOFA deadline for "cause" shown.

5. Debtor incurred severe hardship after the collapse of the mortgage market. The respective mortgage market has caused Debtors residential loan to spiral out of control. These events have caused Debtors to become extremely delinquent in their debt repayment. Debtors faced imminent foreclosure sale of his property. Debtor's last recourse was to file an emergency Chapter 13 petition to stay any and all adverse creditor actions. Debtor submits that "cause" exists to extend the Schedules deadline by 14 days. The requested extension will enhance the accuracy of the Debtor's Schedules, Plan and SOFA and avoid the necessity of subsequent amendments.

## NO PRIOR REQUEST

6. No previous request for the relief sought herein has been made to this Court or any other court.

## CONCLUSION

WHEREFORE, the Debtors respectfully request that the Court enter an order granting the relief requested in the Motion and such other and further relief as may be just and proper.

**ABDALLAH LAW GROUP**

/s/ MITCHELL ABDALLAH

MITCHELL L. ABDALLAH
Attorney for Debtors, MICHAEL C. WEAVER and PAMELA K. WEAVER