FILED
December 03, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003119295

MITCHELL L. ABDALLAH, #231804

ABDALLAH LAW GROUP
1006 4TH ST. 4TH FLOOR
SACRAMENTO, CA 95814
TEL:/ (916) 446-1974
FAX:/ (916) 446-3371
MITCH@ABDALLAHLAW.NET

Attorneys for Debtors, MICHAEL C. WEAVER
and PAMELA K. WEAVER

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

In re:

**MICHAEL C. WEAVER** and **PAMELA K. WEAVER**

Debtor.

**Case No. 2010-50408**
**DCN: MLA-001**

NO HEARING SET

### DECLARATION OF MITCHELL L. ABDALLAH

I, **MITCHELL L. ABDALLAH** do hereby declare as follows;

1. I filed a voluntary petition under chapter 13 on November 19, 2010 on behalf of Debtors, MICHAEL C. WEAVER and PAMELA K. WEAVER.

2. This filing was necessitated by a decline in income and unforeseeable expenses. As a result, a notice of foreclosure and trustee sale was issued.

3. Unable to pay their secured and unsecured creditors, Debtors sought to file the instant petition.

4. The undue stress and hardship created by an overwhelming task such as filing for bankruptcy requires additional time for Debtors to gather all necessary information.

DECLARATION IN SUPPORT OF MOTION TO EXTEND TIME TO FILE SCHEDULES

Primarily, Debtors require additional time to accurately list all creditors, outstanding debts, and necessary financial information. Therefore, Debtors requests that the Court grant them a 14 day extension to timely file their Schedules, Plan and Statement of Financial Affairs. An extension through and including December 17, 2010 is requested.

I swear under the penalty of perjury that the foregoing is true.

Executed on December 3, 2010 in Sacramento, California.

Respectfully submitted,

Digitally signed by Mitchell Abdallah
DN: cn=Mitchell Abdallah,
o=ABDALLAH LAW GROUP,
ou=Attorney,
email=mitch@abdallahlaw.net, c=US
Date: 2010.12.03 19:49:18 -08'00'

/s/ MITCHELL ABDALLAH

_____

MITCHELL L. ABDALLAH
ATTORNEY FOR DEBTORS