FILED
December 03, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003119296

United States Bankruptcy Court
Eastern District of California, Sacramento Division

IN RE:                                                      Case No. **2010-50408**
**Weaver, Michael C & Weaver, Pamela K.**           Chapter **13**
Debtor(s)                                 DCN: **MLA-001**

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s):

1. NOTICE OF MOTION TO EXTEND TIME TO FILE SCHEDULES;
2. MOTION TO EXTEND TIME TO FILE SCHEDULES;
3. DECLARATION OF MITCHELL ABDALLAH; AND
4. PROPOSED ORDER.

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, by first class mail and/or United States Certified Mail where indicated, postage prepaid, on this **3rd** day of **December**, **2010** in Sacramento, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

ABDALLAH LAW GROUP

Digitally signed by Mitchell Abdallah
DN: cn=Mitchell Abdallah,
o=ABDALLAH LAW GROUP,
ou=Attorney,
email=mitch@abdallahlaw.net, c=US
Date: 2010.12.03 20:06:01 -08'00'

**December 03, 2010**

/s/ **Mitchell Abdallah**
**Abdallah Law Group**
**1006 4th Street, 4th Floor**
**(916) 446-1974**

| Label Matrix for local noticing<br>0972-2<br>Case 10-50408<br>Eastern District of California<br>Sacramento<br>Fri Dec  3 20:02:48 PST 2010 | Mitchell L. Abdallah<br>1006 4th St 4th Fl<br>Sacramento, CA 95814-3326 | Chase<br>Po Box 15298<br>Wilmington DE 19850-5298 |
|---|---|---|
| Franchise Tax Board<br>PO Box 2952<br>Sacramento, CA 95812-2952 | (c)GREEN TREE SERVICING LLC<br>332 MINNESOTA ST STE E610<br>SAINT PAUL MN  55101-1311 | (p)GREENTREE SERVICING LLC<br>BANKRUPTCY DEPARTMENT<br>P O BOX 6154<br>RAPID CITY SD 57709-6154 |
| (p)HSBC BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 5213<br>CAROL STREAM IL 60197-5213 | Thomas Holman<br>Sacramento Division<br>U.S. Bankruptcy Court<br>501 I Street, Suite 3-200<br>Sacramento, CA 95814-7303 | Jan P. Johnson<br>PO Box 1708<br>Sacramento, CA 95812-1708 |
| Office of the U.S. Trustee<br>Robert T Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA 95814-7304 | Michael C Weaver<br>2724 Hillcrest Drive<br>Cameron Park, CA 95682-7825 | Pamela K. Weaver<br>2724 Hillcrest Drive<br>Cameron Park, CA 95682-7825 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Green Tree Servicing LLC<br>PO Box 6154<br>Rapid City SD 57709-6154 | HSBC Bank<br>PO Box 52530<br>Carol Stream IL 60196 |
|---|---|

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

| Green Tree Servicing LLC<br>332 Minnesota St Ste 610<br>Saint Paul MN 55101 | End of Label Matrix<br>Mailable recipients    11<br>Bypassed recipients     0<br>Total                  11 |
|---|---|