2010-50408
FILED
December 08, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003119297

MITCHELL L. ABDALLAH, #231804

ABDALLAH LAW GROUP
1006 4TH ST. 4TH FLOOR
SACRAMENTO, CA 95814
TEL:/ (916) 446-1974
FAX:/ (916) 446-3371
MITCH@ABDALLAHLAW.NET

Attorneys for Debtors, MICHAEL C. WEAVER
and PAMELA K. WEAVER

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

MICHAEL C. WEAVER and PAMELA K. WEAVER

Debtor.

Case No. 2010-50408
DCN: MLA-001

NO HEARING SET

[PROPOSED] ORDER GRANTING MOTION OF THE DEBTORS FOR ORDER PURSUANT TO BANKRUPTCY CODE 1007(A) AND (C) EXTENDING TIME FOR DEBTORS TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, AND PLAN

Upon the motion ("the Motion") of the Debtor for an order, pursuant to Bankruptcy Rules 1007(a) and (c), extending the deadline by which the Debtor must file their Schedules, SOFA, and Plan through and including December 17, 2010; and the Court having reviewed the Motion and the Abdallah Declaration; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estate, their creditors and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; it is hereby

- 1 -
PROPOSED ORDER

RECEIVED
December 03, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003119297

**<u>ORDERED</u>**

1. The Motion is GRANTED as provided herein.

2. The time by which the Debtors must file Schedules, SOFA, and Plan shall be and hereby is extended through and including December 17, 2010, without prejudice to the Debtors' right to seek an additional extension.

Dated: December 08, 2010

_____
Thomas C. Holman
United States Bankruptcy Judge